**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**September 13, 2004**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 04-10145
Summary Calendar

———————————

JANIS L. HORTON,

Plaintiff-Appellant,

versus

JOSEPH B. BOGAN, Warden, Federal Medical
Center-Carswell, in his individual capacity;
JOHN T. RATHMAN, Associate Warden, Federal
Medical Center-Carswell, in his individual
capacity; LOREN THACKERA, Facilities Manager,
Federal Medical Center-Carswell, in his
individual capacity; TERRY DAVIS, Facilities
Supervisor, Federal Medical Center-Carswell,
in his individual capacity; C. STRATMAN, Clinical
Supervisor, Federal Medical Center-Carswell, in
his individual capacity; RANDY VASLIK, Safety
Manager, Federal Medical Center-Carswell, in his
individual capacity,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:02-CV-816-A
--------------------

Before DAVIS, SMITH, and DENNIS, Circuit Judges

PER CURIAM:[*]

    Janis L. Horton, federal prisoner # 05959-031, appeals the

district court's dismissal of her civil rights action brought

--------

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

against federal employees pursuant to <u>Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971) for failure to effect timely service of the defendants under FED. R. CIV. P. 4(m).  Horton has not established that the district court abused its discretion in dismissing this lawsuit.  <u>See</u> <u>Systems Signs Supplies v. United State Dep't of Justice</u>, 903 F.2d 1011, 1013 (5th Cir. 1990).  Consequently, the judgment of the district court is AFFIRMED.